No. 10–7395. ALLEN v. MCCOLLUM, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7400. RHODES v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 8th Cir. Certiorari denied.

No. 10–7407. CASTILLA v. UTTECHT, SUPERINTENDENT, COYOTE RIDGE CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 10–7409. ROWE v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 10–7418. BARNO v. RYAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7446. UPTON v. HARRINGTON, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7448. THUILLARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7453. SZYMANSKI v. ARIZONA. Super. Ct. Ariz., County of Maricopa. Certiorari denied.

No. 10–7454. SHOAGA v. MAERSK, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7462. ARROYO-MUNOZ v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7466. UPSHAW v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–7470. JAMESON v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7471. LAZARO v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 10–7479. MANESS v. ALASKA. Ct. App. Alaska. Certiorari denied.